IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEPHEN LUSH,

    Petitioner,

v.

KALVIN BARRETT,

    Respondent.

ORDER

Case No. 24-cv-735-wmc

Petitioner Stephen Lush seeks a writ of habeas corpus; however, petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than November 12, 2024. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately April 21, 2024 through the date of the petition, October 21, 2024.

ORDER

IT IS ORDERED that:

1. Petitioner Stephen Lush may have until November 12, 2024, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before November 12, 2024, I will assume that petitioner wishes to withdraw this petition.

Entered this 22nd day of October, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge